UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08MJ6188 TCM |
| ) | |
| WILLIAM J. MABIE, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR FURTHER MENTAL TREATMENT**
**PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 4241(d)**

On December 23, 2008, the Court ordered that Defendant be examined as to his mental condition pursuant to Title 18, United States Code, Section 4241(d).

By letter of February 20, 2009, the evaluating forensic psychologist at the Lexington, Kentucky facility has requested forty-five (45) days additional time for psychiatric evaluation of Defendant due to the large number of evaluations pending at that facility.

**THE REQUEST FROM THE BUREAU OF PRISONS IS GRANTED.**

/s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of March 2009.