Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **05/14/09** Judge **Mummert** Case No. **4:08MJ06188-TCM**

**UNITED STATES OF AMERICA v. William Mabie**

Court Reporter FTR   Deputy Clerk RJD

Assistant United States Attorney   Roger Keller

Attorney for Defendant   Jan Good

Interpreter   ☐ **SEALED PROCEEDING**

**Proceedings:**

- ☐ Initial Appearance ✗ Detention Hearing ☐ Preliminary Revocation
- ☐ Arraignment ☐ Bond Review ☐ Probation
- ☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
- ☐ Motion Hearing ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
  - ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
  - ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Parties present for hearing on Detention. Defendant sworn and waives detention hearing. Defendant is not eligible for a bond at this time but the court will reconsider a bond if the defendant's circumstances change.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond ☐ Secured by 10%

   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____   Order on pretrial motions: ☐ issued ☐ to issue

   ☐ Oral Motion for Suppression   ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

   ✗ Remanded to custody   ☐ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced   11:11 am   Proceeding concluded   11:14 am   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the conditions of release as set out in the petition.